[No. 59346-3-I. Division One. July 28, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ALJERON LATROY PLEASANT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-06596-6, Nicole MacInnes, J., entered December 8, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 59354-4-I. Division One. July 28, 2008.]

*In the Matter of the Marriage of* JAMES EDWARD COOK, *Respondent*, and DONNA SUE COOK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-3-01167-2, Christopher A. Washington, J., entered December 6, 2006. *Reversed* by unpublished per curiam opinion.

[No. 59421-4-I. Division One. July 28, 2008.]

*In the Matter of the Marriage of* RANJIT SINGH BAL, *Appellant*, and SANDEEP KAUR SAHOTA, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 03-3-06941-1, Laura Gene Middaugh, J., entered December 21, 2006. *Affirmed in part, reversed in part,* and *remanded* by unpublished per curiam opinion.

[No. 59718-3-I. Division One. July 28, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ZANE M. HOLBROOK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-05697-3, George T. Mattson, J., entered March 12, 2007. *Affirmed* by unpublished per curiam opinion.